UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

LACEY L. POLDERDYKE,

       Plaintiff,                         Case No. 17-cv-11516

vs.                                        Hon. Paul D. Borman

WAYNE COUNTY, RAFAEL
WASHINGTON, ROBERT DUNLAP,
and MICHAEL TURNER.

       Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES

The parties, by their respective attorneys, having stipulated to the entry of this Order of Dismissal with Prejudice and without Costs or Fees, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that all of Plaintiff's claims against each of the Defendants are hereby dismissed with prejudice and without costs or fees of any kind.

This resolves the last remaining dispute and closes the case.

**IT IS SO ORDERED.**

DATED: 8/31/18

Paul D. Borman
United States District Judge

Approved as to form and content:

/s/*Karie H. Boylan (with consent)*
BOYLAN LAW, P.C.
Karie H. Boylan (P55468)
*Attorney for Plaintiff*
410 W. University, Suite 201
Rochester, Michigan 48307
(855) 926-9526
(855) 326-9526 fax
karie@boylanlaw.net

/s/*Zenna F. Elhasan (with consent)*
WAYNE COUNTY CORP. COUNSEL
Zenna F. Elhasan (P67961)
*Co-Counsel for Defendants*
500 Griswold, 30th Fl Guardian Bldg
Detroit, MI 48226
(313) 224-8719
zelhasan@waynecounty.com

/s/*James Allen*
ALLEN BROTHERS,
Attorneys & Counselors, PLLC
James Allen (P52885)
Charles S. Rudy (P27881)
*Co-Counsel for Defendants*
400 Monroe Street, Suite 620
Detroit, MI 48226
(313) 962-7777
jamesallen@allenbrotherspllc.com
crudy@allenbrotherspllc.com